IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

WILLIAM SMITH,

           Defendant.

19-CR-6195

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 922(g)(1)

(1 Count and Forfeiture Allegation)

*FILED DEC 1 9 2019 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

## COUNT 1

**(Felon in Possession of Firearm)**

**The United States Attorney Charges That:**

On or about June 15, 2019, in the Western District of New York, the defendant, **WILLIAM SMITH**, knowing that he had previously been convicted on or about September 7, 2007, and on or about March 17, 2011, in County Court, Monroe County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, firearms, namely, one (1) Savage Arms, Model 110, 30-06 caliber rifle, bearing serial number F080817; and one (1) Winchester, Model 37, 12 gauge shotgun, bearing no serial number.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of Count 1 of this Information, the defendant, **WILLIAM SMITH**, shall forfeit to the United States, all of his right, title and interest in any firearm involved or

used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

   a. one (1) Savage Arms, Model 110, 30-06 caliber rifle, bearing serial number F080817; and

   b. one (1) Winchester, Model 37, 12 gauge shotgun, bearing no serial number.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, December 19, 2019.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____
KATELYN M. HARTFORD
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3945
Katelyn.Hartford@usdoj.gov